IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ROBERT CLYDE MCMILLEN, 1822252,** § § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. 3:13-cv-1098-O |
| **RICK THALER, et al.,** § § | |
| Defendants. § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 11). Plaintiff filed objections (ECF No. 13). The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Plaintiff's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court. Therefore, it is **ORDERED** that Plaintiff's claims challenging the results of his disciplinary proceedings are **DISMISSED** with prejudice until the *Heck* conditions are met and his remaining claims are **DISMISSED** under 28 U.S.C. § 1915(e)(2).

**SO ORDERED** on this **2nd day** of **August, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE